IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DENNIS C. STEPHENS,

     Appellant,

v.

DOMINOS PIZZA,
TECHNOLOGY INSURANCE
CO. & AMTRUST NORTH
AMERICA OF FLORIDA,
INC./SA,

     Appellees.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-5418

_____/

Opinion filed October 4, 2016.

An appeal from an order of the Judge of Compensation Claims.
Stephen L. Rosen, Judge.

Craig O. Stewart of Morgan & Morgan, P.A., Tampa, and Wendy S. Loquasto of Fox & Loquasto, P.A., Tallahassee, for Appellant.

Rayford H. Taylor of Gilson Athans P.C., Atlanta, Georgia, for Appellees.

PER CURIAM.

     The court having received the September 6, 2016, order of the Supreme Court of Florida quashing this court's opinion of March 24, 2016, and remanding the matter for reconsideration upon application of Castellanos v. Next Door Co., 192

So. 3d 431 (Fla. 2016), and finding that reversal is warranted in light of that opinion, the order of the Judge of Compensation Claims is REVERSED and this case is REMANDED for proceedings consistent with that opinion.

REVERSED and REMANDED.

RAY, BILBREY, and JAY, JJ., CONCUR.